UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MORGAN ALLEN ARMSTRONG,

    Plaintiff,

v.                                                         Case No. 5:20-cv-77-TKW/MJF

S. JOHNSON, *et al.*,

    Defendant.

_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge that this case should be dismissed based on Plaintiff's failure to comply with court orders and failure to prosecute.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED**, and the Clerk shall close the case file.

    **DONE AND ORDERED** this 8th day of February, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**